UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE FISHING RIGHTS ALLIANCE,
INC.,

    Plaintiff,

v.                                                         Case No. 8:09-cv-916-T-30AEP

THE NATIONAL MARINE FISHERIES
SERVICE,

    Defendant.
_____/

## ORDER

In accordance with this Court's Order granting Defendant's Cross-Motion for Summary Judgment filed September 6, 2011 (Dckt. No. 55), pursuant to Fed. R. Civ. P. 58, it is hereby

ORDERED that judgment is entered in favor of Defendant as to Plaintiff's claims for relief concerning the Marine Recreational Fishing Statistical Survey ("MRFSS"), i.e., Amended Complaint (Dckt. No. 2) ¶¶ 42, 44, and 49. Pursuant to the stipulation of dismissal (Dckt. 59), any claims remaining in the Amended Complaint (Dckt. No. 2) and/or the Supplemental Complaint (Dckt. No. 42) not resolved by this Court's September 6, 2011 Order are hereby DISMISSED, with the parties to bear their own costs and attorney's fees.

The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 15, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-916.dismiss 59.wpd